IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2022 JUL 19 PM 4:08

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANIEL D. KONRUFF,

    Defendant.

4:22CR 3084

INDICTMENT
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(a)(4)(B)

The Grand Jury charges that

## COUNT I

Beginning at least on or about March 21, 2022 and continuing to on or about May 13, 2022 in the District of Nebraska, the defendant, DANIEL D. KONRUFF, having previously been convicted of an offense under the laws of the State of Nebraska relating to the possession of child pornography to wit; a conviction on or about August 2, 2017, for 2 counts of Attempted Possession of Child Pornography in Case #CR17-13 in the Cheyenne County District Court, Nebraska, did knowingly receive any child pornography as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate commerce and that has been shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT II

On or about May 13, 2022, in the District of Nebraska and elsewhere, DANIEL D. KONRUFF, having previously been convicted of an offense under the laws of the State of

1

Nebraska relating to the possession of child pornography to wit; a conviction on August 2, 2017, for 2 counts of Attempted Possession of Child Pornography in Case #CR17-13 in the Cheyenne County District Court, Nebraska, did knowingly possess one or more computer files and other matter which contained an image of child pornography, the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, said computer files and other matter had been shipped or transported in interstate commerce, and was produced using materials which had been mailed, shipped, or transported in interstate and foreign commerce, by any means including by computer including images of child pornography, involving prepubescent minors or minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252A(a)(4)(B).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
TESSIE L. SMITH
Assistant United States Attorney